**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**Eastern Divsion DIVISION**

In re: DIDIANA, PASQUALE        § Case No. 16-29818
                                §
                                §
                                §
         Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 09/19/2016. The undersigned trustee was appointed on 09/19/2016.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $      702,353.84

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 214,510.87 |
   | Bank service fees | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1] | $    487,842.97 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was 02/16/2017 and the deadline for filing governmental claims was 03/20/2017. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $22,787.44. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $0.00 as interim compensation and now requests the sum of $22,787.44, for a total compensation of $22,787.44[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 11/08/2018               By: /s/ Eugene Crane
                                                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 16-29818 | Trustee Name: | (330350) Eugene Crane |
| Case Name: | DIDIANA, PASQUALE | Date Filed (f) or Converted (c): | 09/19/2016 (f) |
| | | § 341(a) Meeting Date: | 10/18/2016 |
| For Period Ending: | 11/08/2018 | Claims Bar Date: | 02/16/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking/ Account #xxxxxx1114: Fifth Third Bank<br>Imported from original petition Doc# 1; Exemption: Checking/ Account #xxxxxx1114: Fifth Third Bank 1725 N. Harlem Avenue Chicago, Illinois 6707 - Amount: 500.00 | 448.00 | 0.00 | | 0.00 | FA |
| 2 | Savings xxxxxx7888 and Checking Account xxxx3311<br>Imported from original petition Doc# 1; Exemption: Savings xxxxxx7888 and Checking Account xxxxxx1114: Fifth Third Bank 1725 North Harlem Avenue Chicago, Illinois 60707 - Amount: 500.00 | 500.00 | 0.00 | | 0.00 | FA |
| 3 | Location: 2211 N. Harlem Avenue Apartment 1, Elm<br>Imported from original petition Doc# 1; Exemption: Location: 2211 N. Harlem Avenue Apartment 1, Elmwood Park IL 60707 - Amount: 400.00 | 400.00 | 0.00 | | 0.00 | FA |
| 4 | Macintosh Laptop Location: 2211 N. Harlem Avenue<br>Imported from original petition Doc# 1; Exemption: Macintosh Laptop Location: 2211 N. Harlem Avenue Apartment 1, Elmwood Park IL 60707 - Amount: 250.00 | 250.00 | 0.00 | | 0.00 | FA |
| 5 | Clothes Location: 2211 N. Harlem Avenue Apartmen<br>Imported from original petition Doc# 1; Exemption: Clothes Location: 2211 N. Harlem Avenue Apartment 1, Elmwood Park IL 60707 - Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Pension Fund: Retirement Account Cook County Pen<br>Imported from original petition Doc# 1; Exemption: Pension Fund: Retirement Account Cook County Pension Fund 33 North Dearborn Street Suite 1000 Chicago, Illinois 60602 - Amount: 1541.55 | 1,541.55 | 0.00 | | 0.00 | FA |
| 7 | Wrongful Death Claim against US Fed Govt Clinic<br>Imported from original petition Doc# 1; Objection to exemption filed, Order entered disallowing exemption. This is Trustee's best estimate of value. | Unknown | 200,000.00 | | 702,353.84 | FA |
| 8 | 2012 Honda Accord, 49,000 miles<br>Imported from original petition Doc# 1; Lien: Reference No. 2.1, Account No. 6105<br>American Honda Finance<br>2170 Point Blvd Ste 100, Elgin, IL 60123 - Amount: 13371.00 | 14,000.00 | 629.00 | | 0.00 | FA |
| 8 | **Assets Totals (Excluding unknown values)** | **$17,239.55** | **$200,629.00** | | **$702,353.84** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 2

**Case No.:** 16-29818
**Case Name:** DIDIANA, PASQUALE

**For Period Ending:** 11/08/2018

**Trustee Name:** (330350) Eugene Crane
**Date Filed (f) or Converted (c):** 09/19/2016 (f)
**§ 341(a) Meeting Date:** 10/18/2016
**Claims Bar Date:** 02/16/2017

**Major Activities Affecting Case Closing:**

07/31: Order approving settlement entered; payment will take about 60 days (dk)
July 23: MT to Approve Settlement filed, hearing on 07/31 (dk)
03/14/2018: Discovery continues; Settlement conference set for June 14, 2018. PI atty will let us know the results (dk)
09/18/2017: PI atty sent Trustee ltr with status of lawsuit - case filed in Federal Court, in discovery phase. Could take several months.(dk)
03/31/2017: Wrongful death suit still pending (dk)
03/07/2017: Exemption disallowed per Court Order (dk)
01/04/17: Filed OBJ to Exemption of lawsuit; hearing on 01/18 (dk)
11/15: Initial Report of Assets filed (dk)
11/15: Orders entered to employ special counsel and CHSW&C (dk)
11/08- MT to Employ Special Counsel; Mt to Employ CHSW&C filed; Hearing on 11/08 (dk)
10/31 - Affidavit sent to special counsel for signature (dk)
10/24 - Withdrew No Asset Report and continued the case because of a wrongful death suit listed in the schedules.(jm)

**Initial Projected Date Of Final Report (TFR):** 12/31/2018         **Current Projected Date Of Final Report (TFR):** 12/31/2019

**Form 2**

Exhibit B
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 16-29818 | Trustee Name: | Eugene Crane (330350) |
|---|---|---|---|
| Case Name: | DIDIANA, PASQUALE | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***8613 | Account #: | ******7700 Checking |
| For Period Ending: | 11/08/2018 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/31/18 | {7} | Clifford Law Offices | Gross Proceeds from wrongful death settlement approved by Court Order on 07/31/2018 | 1129-000 | 702,353.84 | | 702,353.84 |
| 11/01/18 | 101 | Clifford Law Offices, P.C. | Special Counsel Fees - Didiana v. US et al; approved per Court Order entered 07/31/2018 | 3210-600 | | 204,439.58 | 497,914.26 |
| 11/01/18 | 102 | Clifford Law Offices, P.C. | Special Counsel Expenses - Didiana v. US et al; approved per Court Order entered 07/31/2018 | 3220-610 | | 10,071.29 | 487,842.97 |
| | | **COLUMN TOTALS** | | | 702,353.84 | 214,510.87 | $487,842.97 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 0.00 | |
| | | **Subtotal** | | | 702,353.84 | 214,510.87 | |
| | | Less: Payments to Debtors | | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$702,353.84** | **$214,510.87** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TFR (5/1/2011)**   *! - transaction has not been cleared*

**Form 2**

Exhibit B

Page: 2

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-29818 | **Trustee Name:** | Eugene Crane (330350) |
| **Case Name:** | DIDIANA, PASQUALE | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***8613 | **Account #:** | ******7700 Checking |
| **For Period Ending:** | 11/08/2018 | **Blanket Bond (per case limit):** | $5,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $702,353.84 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $702,353.84 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******7700 Checking | $702,353.84 | $214,510.87 | $487,842.97 |
| | **$702,353.84** | **$214,510.87** | **$487,842.97** |

UST Form 101-7-TFR (5/1/2011)

Printed: 11/08/2018 10:32 AM

Page: 1

# Exhibit C

## Claims Proposed Distribution Register

Case: 16-29818 DIDIANA, PASQUALE

**Case Balance:** $487,842.97    **Total Proposed Payment:** $487,842.97    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Eugene Crane | Admin Ch. 7 | $22,787.44 | $22,787.44 | $0.00 | $22,787.44 | $22,787.44 | $465,055.53 |
| | <2100-00 Trustee Compensation> | | | | | | | |
| | Clifford Law Offices | Admin Ch. 7 | $204,439.58 | $204,439.58 | $204,439.58 | $0.00 | $0.00 | $465,055.53 |
| | <3210-60 Special Counsel for Trustee Fees> | | | | | | | |
| | Clifford Law Offices | Admin Ch. 7 | $10,071.29 | $10,071.29 | $10,071.29 | $0.00 | $0.00 | $465,055.53 |
| | <3220-61 Special Counsel for Trustee Expenses> | | | | | | | |
| | Crane, Simon, Clar & Dan | Admin Ch. 7 | $16,657.50 | $16,657.50 | $0.00 | $16,657.50 | $16,657.50 | $448,398.03 |
| | <3110-00 Attorney for Trustee Fees (Trustee Firm)> | | | | | | | |
| | Crane, Simon, Clar & Dan | Admin Ch. 7 | $275.33 | $275.33 | $0.00 | $275.33 | $275.33 | $448,122.70 |
| | <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | | | | | | | |
| 1 | Discover Bank | Unsecured | $5,885.54 | $5,885.54 | $0.00 | $5,885.54 | $5,885.54 | $442,237.16 |
| 2 | US Department of Education c/o Nelnet | Unsecured | $53,247.41 | $53,247.41 | $0.00 | $53,247.41 | $53,247.41 | $388,989.75 |
| 3 | Navient Solutions Inc. | Unsecured | $14,146.68 | $14,146.68 | $0.00 | $14,146.68 | $14,146.68 | $374,843.07 |
| 4 | American InfoSource LP as agent for | Unsecured | $427.70 | $427.70 | $0.00 | $427.70 | $427.70 | $374,415.37 |
| 5 | Capital One Bank (USA), N.A. | Unsecured | $5,749.63 | $5,749.63 | $0.00 | $5,749.63 | $5,749.63 | $368,665.74 |

Printed: 11/08/2018 10:32 AM

Page: 2

## Exhibit C

## Claims Proposed Distribution Register

### Case: 16-29818 DIDIANA, PASQUALE

**Case Balance:** $487,842.97  **Total Proposed Payment:** $487,842.97  **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 6 | Discover Student Loans | Unsecured | $16,015.92 | $16,015.92 | $0.00 | $16,015.92 | $16,015.92 | $352,649.82 |
| 7 | Quantum3 Group LLC as agent for | Unsecured | $4,457.52 | $4,457.52 | $0.00 | $4,457.52 | $4,457.52 | $348,192.30 |
| 8 | American Express Bank, FSB | Unsecured | $12,257.47 | $12,257.47 | $0.00 | $12,257.47 | $12,257.47 | $335,934.83 |
| 9 | LVNV Funding, LLC its successors and assigns as | Unsecured | $14,023.79 | $14,023.79 | $0.00 | $14,023.79 | $14,023.79 | $321,911.04 |
| 10 | PYOD, LLC its successors and assigns as assignee | Unsecured | $7,744.04 | $7,744.04 | $0.00 | $7,744.04 | $7,744.04 | $314,167.00 |
| 11 | Portfolio Recovery Associates, LLC | Unsecured | $490.73 | $490.73 | $0.00 | $490.73 | $490.73 | $313,676.27 |
| 12 | Portfolio Recovery Associates, LLC | Unsecured | $161.28 | $161.28 | $0.00 | $161.28 | $161.28 | $313,514.99 |
| 1I | Discover Bank | Unsecured | $83.51 | $83.51 | $0.00 | $83.51 | $83.51 | $313,431.48 |
| 2I | US Department of Education c/o Nelnet | Unsecured | $755.51 | $755.51 | $0.00 | $755.51 | $755.51 | $312,675.97 |
| 3I | Navient Solutions Inc. | Unsecured | $200.72 | $200.72 | $0.00 | $200.72 | $200.72 | $312,475.25 |
| 4I | American InfoSource LP as agent for | Unsecured | $6.07 | $6.07 | $0.00 | $6.07 | $6.07 | $312,469.18 |
| 5I | Capital One Bank (USA), N.A. | Unsecured | $81.58 | $81.58 | $0.00 | $81.58 | $81.58 | $312,387.60 |

Printed: 11/08/2018 10:32 AM

Page: 3

# Exhibit C

## Claims Proposed Distribution Register

Case: 16-29818 DIDIANA, PASQUALE

**Case Balance:** $487,842.97     **Total Proposed Payment:** $487,842.97     **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 6I | Discover Student Loans | Unsecured | $227.25 | $227.25 | $0.00 | $227.25 | $227.25 | $312,160.35 |
| 7I | Quantum3 Group LLC as agent for | Unsecured | $63.25 | $63.25 | $0.00 | $63.25 | $63.25 | $312,097.10 |
| 8I | American Express Bank, FSB | Unsecured | $173.92 | $173.92 | $0.00 | $173.92 | $173.92 | $311,923.18 |
| 9I | LVNV Funding, LLC its successors and assigns as | Unsecured | $198.98 | $198.98 | $0.00 | $198.98 | $198.98 | $311,724.20 |
| 10I | PYOD, LLC its successors and assigns as assignee | Unsecured | $109.88 | $109.88 | $0.00 | $109.88 | $109.88 | $311,614.32 |
| 11I | Portfolio Recovery Associates, LLC | Unsecured | $6.96 | $6.96 | $0.00 | $6.96 | $6.96 | $311,607.36 |
| 12I | Portfolio Recovery Associates, LLC | Unsecured | $2.29 | $2.29 | $0.00 | $2.29 | $2.29 | $311,605.07 |
| SURPLUS | DIDIANA, PASQUALE | Unsecured | $311,605.07 | $311,605.07 | $0.00 | $311,605.07 | $311,605.07 | $0.00 |
| | **Total for Case:** | **16-29818** | $702,353.84 | $702,353.84 | $214,510.87 | $487,842.97 | $487,842.97 | |

Printed:  11/08/2018 8:32 AM                                                                                                   Page:  4

# Exhibit C

## Claims Proposed Distribution Register

Case: 16-29818 DIDIANA, PASQUALE

| Case Balance: | $487,842.97 | Total Proposed Payment: | $487,842.97 | Remaining Balance: | $0.00 |

### CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims:** | $254,231.14 | $254,231.14 | $214,510.87 | $39,720.27 | 100.00% |
| **Total Secured Claims:** | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total Priority Claims:** | $0.00 | $0.00 | $0.00 | $0.00 | 0.00% |
| **Total Unsecured Claims:** | $448,122.70 | $448,122.70 | $0.00 | $448,122.70 | 100.00% |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 16-29818
Case Name: PASQUALE DIDIANA
Trustee Name: Eugene Crane

**Balance on hand:**  $          487,842.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $          0.00
Remaining balance:  $          487,842.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Eugene Crane | 22,787.44 | 0.00 | 22,787.44 |
| Attorney for Trustee Fees - Crane, Simon, Clar & Dan | 16,657.50 | 0.00 | 16,657.50 |
| Attorney for Trustee, Expenses - Crane, Simon, Clar & Dan | 275.33 | 0.00 | 275.33 |
| Special Counsel for Trustee Fees - Clifford Law Offices | 204,439.58 | 204,439.58 | 0.00 |
| Special Counsel for Trustee Expenses - Clifford Law Offices | 10,071.29 | 10,071.29 | 0.00 |

Total to be paid for chapter 7 administrative expenses:  $          39,720.27
Remaining balance:  $          448,122.70

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses:  $          0.00
Remaining balance:  $          448,122.70

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | |
|---|---|---|
| | Total to be paid for priority claims: | $ 0.00 |
| | Remaining balance: | $ 448,122.70 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $134,607.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 5,885.54 | 0.00 | 5,885.54 |
| 2 | US Department of Education c/o Nelnet | 53,247.41 | 0.00 | 53,247.41 |
| 3 | Navient Solutions Inc. | 14,146.68 | 0.00 | 14,146.68 |
| 4 | American InfoSource LP as agent for | 427.70 | 0.00 | 427.70 |
| 5 | Capital One Bank (USA), N.A. | 5,749.63 | 0.00 | 5,749.63 |
| 6 | Discover Student Loans | 16,015.92 | 0.00 | 16,015.92 |
| 7 | Quantum3 Group LLC as agent for | 4,457.52 | 0.00 | 4,457.52 |
| 8 | American Express Bank, FSB | 12,257.47 | 0.00 | 12,257.47 |
| 9 | LVNV Funding, LLC its successors and assigns as | 14,023.79 | 0.00 | 14,023.79 |
| 10 | PYOD, LLC its successors and assigns as assignee | 7,744.04 | 0.00 | 7,744.04 |
| 11 | Portfolio Recovery Associates, LLC | 490.73 | 0.00 | 490.73 |
| 12 | Portfolio Recovery Associates, LLC | 161.28 | 0.00 | 161.28 |

| | | |
|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ 134,607.71 |
| | Remaining balance: | $ 313,514.99 |

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 313,514.99 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 313,514.99 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.61% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $1,909.92. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $311,605.07.