IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:

PASQUALE DIDIANA,

      Debtor.

Chapter 7
Case No.   16-29818
Judge Timothy A. Barnes

## CERTIFICATE OF SERVICE

STATE OF ILLINOIS   )
                             )
COUNTY OF COOK   )

      The undersigned, being first duly sworn on oath deposes and states that he caused a copy of the Notice of Trustee's Final Report and Applications for Compensation to be served either electronically or via U.S. First Class Mail on all parties listed on the attached Service List on the 1st day of February, 2019, before the hour of 5:00 p.m.

                                                              /s/Eugene Crane

Eugene Crane, Esq. (Atty. Reg. #0537039)
Crane, Simon, Clar & Dan
135 S. LaSalle Street, Suite 3705
Chicago, Illinois 60603
Phone: (312) 641-6777
Fax: (312) 641-7114

## **SERVICE LIST**

*Parties Served electronically:*
United States Trustee
219 S. Dearborn St., Room 873
Chicago, IL 60604

Milan Trifkovich
5153 N. Clark Street, Suite 327
Chicago, IL 60640

Synchrony Bank
c/o Recovery Management
        Systems Corp.
Attn: Ramesh Singh
25 SE 2nd Avenue Suite 1120
Miami, FL 33131-1605
email: claims@recoverycorp.com

Robert R. Benjamin
Beverly A. Berneman
Anthony J. D'Agostino
GOLAN CHRISTIE TAGLIA LLP
70 W. Madison, Ste. 1500
Chicago, IL 60602
rrbenjamin@gct.law
baberneman@gct.law
ajdagostino@gct.law

American Express Bank
c/o Becket and Lee LLP
email: proofofclaim@becket-lee.com

*Served Via U.S. Mail*
Pasquale Didiana
PO Box 35179
Elmwood Park, IL 60707

American Honda Finance
PO Box 168088
Irving, TX 75016-8088

Acs/mheac
c/o ACS Education Services
501 Bleecker Street
Utica, NY 13501

American InfoSource LP as agent
for TD Bank, USA
PO Box 248866
Oklahoma City, OK 73124-8866

Amex
PO Box 297871
Fort Lauderdale, FL 33329-7871

Barclays Bank Delaware
PO Box 8803
Wilmington, DE 19899-8803

Capital One Bank (USA) N.A.
PO Box 71083
Charlotte, NC 28272-1083

Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130-0281

Citi
PO Box 6241
Sioux Falls, SD 57117-6241

Comenity Bank/Roomplce
PO Box 182789
Columbus, OH 43218-2789

Dept. Of Education/NELN
121 S. 13th Street, Suite 201
Lincoln, NE 68508-1904

Discover Bank
Discover Products, Inc.
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE 19850-5316

Discover Student Loans
PO Box 30925
Salt Lake City, UT 84130-0925

Discover Student Loans
PO Box 30948
Salt Lake City, UT 84130-0948

IL Dept. of Revenue
Bankruptcy Unit Level 7-425
100 West Randolph Street
Chicago, IL 60601

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC
Assignee of Eaglewood Consumer Loan
Resurgent Capital Services

PO Box 10587
Greenville, SC 29603-0587

Navient
PO Box 9500
Wilkes Barre, PA 18773-9500

Navient Solutions, Inc.
220 Lasley Ave.
Wilkes-Barre, PA 18706-1430

Peoples Energy
200 East Randolph
Chicago, IL 60601-6302

Portfolio Recovery Associates, LLC
Successor to Synchrony Bank (Gap, Old Navy)
PO Box 41067
Norfolk, VA 23541

PYOD, LLC
As assignee of Citibank, N.A.
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

Quantum3 Group LLC as agent
for Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

Syncb/GAP
PO Box 965005
Orlando, FL 32896-5005

Synch/Old Navy
PO Box 965005
Orlando, FL 32896-5005

TD Bank USA/Target CC
PO Box 673
Minneapolis, MN 55440-0673

US Dept. Of Education
c/o Nelnet
121 S. 13th Street, Suite 201
Lincoln, NE 68508-1911